A. Justin Lum (State Bar No. 164882)
Law Offices of A. Justin Lum
1005 E. Colorado Blvd. Ste. 209
Pasadena, CA 91106-2342
Telephone: (626) 395-9888
Fax: (626) 795-8836
E-mail: ajlum@patenttmlaw.com

Attorneys for Plaintiffs
KAI WIN CHUANG and BOTTLEMATE INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAI WIN CHUANG, an individual, and BOTTLEMATE, INC., a California corporation,<br><br>　　　　Plaintiffs,<br>　　vs.<br>LINSHIANG LIU, an individual, and MORGAN CONTAINER CORPORATION, a California corporation,<br><br>　　　　Defendants.<br>_____<br>LINSHIANG LIU, an individual, and MORGAN CONTAINER CORPORATION, a California corporation,<br><br>　　　　Counter-Claimants,<br>　　vs.<br>KAI WIN CHUANG, an individual, and BOTTLEMATE, INC., a California corporation,<br><br>　　　　Counter-Defendants. | CASE NO.<br>CV 09-2328 DMG (AJWx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE [JS-6]** |

[Proposed] Order Granting Dismissal With Prejudice

## STIPULATION

Pursuant to the Joint Stipulation of Plaintiffs/Counter-defendants KAI WIN CHUANG and BOTTLEMATE, INC. and Defendants/Counter-claimants LINSHIANG LIU and MORGAN CONTAINER CORP., filed on July 30, 2010, the above-captioned action is dismissed in its entirety, including all claims and counterclaims, with prejudice, each party bearing their own costs and fees, and waiving all rights of appeal.

The parties have acknowledged that in the event there is a breach of the Settlement Agreement, plaintiffs may open a new case for the express purpose of entering the consent judgment against defendants.  Defendants have further acknowledged that this dismissal with prejudice does not waive plaintiffs' rights under the Settlement Agreement and consent judgment and defendants acknowledge the dismissal may not be used as a defense to either filing of a new action, or entering the consent judgment for defendant's failure to complete the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated:   August 2, 2010

_____
HON. DOLLY M. GEE
UNITED STATES DISTRICT JUDGE